PROB 12B
(6/21)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Individual Under Supervision
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Individual Under Supervision: Andrew Chu

Cr.: 21-00283-001
PACTS #: 5914993

Name of Sentencing Judicial Officer:   THE HONORABLE WILLIAM J. MARTINI
SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/22/2022

Original Offense:   Count One: Possession of Child Pornography, 18:2252A(A)(5)

Original Sentence: 8 months imprisonment, 60 months supervised release

Special Conditions: Special Assessment, Restitution - $15,000, JVTA $5,000 Assessment, Computer
Monitoring Software, Computer Search, Computer Search for Monitoring Software, Financial Disclosure,
Mental Health Treatment, No Contact with Minors, Search/Seizure, Employment
Requirements/Restrictions, Other Minor No Possession of Pornographic Materials, No New Debt/Credit,
Polygraph Examination, Sex Offender Assessment, Sex Offender Treatment, Computer Search Warning
to Others, Other Financial Obligation

Type of Supervision: Supervised Release                    Date Supervision Commenced: 12/23/2022

## PETITIONING THE COURT

☑   To modify the conditions of supervision as follows:

**RESTITUTION**

The defendant shall make restitution in the amount of $15,000.00. Payments should be made payable
to the U.S. Treasury and mailed to Clerk, U.S.D.C., 402 East State Street, Rm 2020, Trenton, New
Jersey 08608, for proportionate distribution to the victims. The restitution is due immediately. It is
recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility
Program (IFRP). If the defendant participates in the IFRP, the restitution shall be paid from those
funds at a rate equivalent to $25 every 3 months. In the event the entire restitution is not paid prior to
the commencement of supervision, the defendant shall satisfy the amount due in monthly
installments of no less than $100.00, to commence 30 days after release from confinement.

## CAUSE

Mr. Chu was released from Bureau of Prisons after serving eight (8) and is currently unemployed.  He is
solely relying on the financial assistance of his parents.  Additionally, Mr. Chu is living with his mother.
Once Mr. Chu is employed, we can reconsider reinstating the original payment schedule at the time of
sentencing to $200 per month.

Prob 12B – page 2
Andrew Chu

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Amy J Capozzolo*

By:   AMY J. CAPOZZOLO
Senior U.S. Probation Officer

/ ajc

APPROVED:

Kevin M. Villa                    02/10/2023

KEVIN M. VILLA            Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☐   The Extension of Supervision as Noted Above

☑   The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐   No Action

☐   Other

Signature of Judicial Officer

2/14/23
Date